An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD STUART HERON, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CAROLYN ELLSWORTH, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 66819

**FILED**

NOV 0 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION*

This emergency original petition for a writ of mandamus or prohibition challenges a district court order denying petitioner's motion to strike from the amended information a theory of first-degree felony murder that petitioner committed the murder during the perpetration or attempted perpetration of abuse of an older or vulnerable person. We have considered the petition and accompanying documents, and we are not satisfied that this court's intervention by way of extraordinary writ is

SUPREME COURT
OF
NEVADA

(O) 1947A

14-36718

warranted at this time. Accordingly, we deny the petition. *See* NRAP 21(b).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Carolyn Ellsworth, District Judge
      Clark County Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

---

[1]We deny petitioner's motion for a stay of the district court proceedings.